**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| Antero Resources Corporation,<br><br>Petitioner,<br>v.<br><br>Federal Energy Regulatory Commission,<br><br>Respondent. | No. 26-1022 |

**MOTION FOR LEAVE TO INTERVENE**
**OF CHORD ENERGY MARKETING LLC**
**IN SUPPORT OF PETITIONER**

Pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 15(b), Chord Energy Marketing LLC ("Chord") hereby moves for leave to intervene in the above-captioned Petition for Review in support of petitioner Antero Resources Corporation ("Antero"), with rights to participate fully in all aspects of this proceeding. In support hereof, Chord respectfully states as follows:

**I.**

On January 20, 2026, Antero filed a Petition for Review ("Petition") with this Court of the following orders issued by the Federal Energy Regulatory Commission ("FERC" or "Commission"):

1. *Revisions to Oil Pipeline Regulations*, Docket No. RM20-14-003, Order Denying Rehearing, Denying Petition and Granting Remedies, 193 FERC ¶ 61,137 (2025) ("Remedies Order");

2. *Supplemental Review of the Oil Pipeline Index Level*, Docket No. RM25-2-000, Withdrawal of Supplemental Notice of Proposed Rulemaking and Termination of Rulemaking Proceeding, 193 FERC ¶ 61,136 (2025) ("Withdrawal Order"); and

3. *Antero Resources Corporation*, Docket No. OR25-2-000, Order Denying Petition for Emergency Relief, 193 FERC ¶ 61,214 (2025) ("Emergency Order").

The Petition was docketed by this Court as Case No. 26-1022.

The underlying FERC proceedings involve revisions to the index level used to determine annual changes to oil pipeline rate ceiling levels, invoices issued by certain pipelines to retroactively collect the difference in rates created as a result of the since-vacated index revisions, and an authorization by the Commission permitting such retroactive collections as remedial relief.

On December 17, 2020, the Commission established an initial index level for the five-year period beginning July 1, 2021.[1] On January 20, 2022, on rehearing at FERC, the Commission revised the index to a lower level.[2] This Court in *Liquid Energy Pipeline Ass'n v. FERC*, 109 F.4th 543 (D.C. Cir. 2024), ordered the Commission to reinstate the initial index level because the adoption of the lower revised index level violated the Administrative Procedure Act.[3] The Commission,

[1] *See Supplemental Review of the Oil Pipeline Index Level*, Docket No. RM25-2-000, Supplemental Notice of Proposed Rulemaking, 189 FERC ¶ 61,030 at P 1 (2024).
[2] *Id.*
[3] *Id.*

concerned that the initial index level reinstated in September 2024 remained erroneous, established a supplemental notice of proposed rulemaking ("Supplemental NOPR") proceeding in October 2024 to address the proper index level.[4] On November 20, 2025, the Commission issued its Withdrawal Order, concluding that the reinstated initial index level would remain in place and terminating the Supplemental NOPR proceeding.[5]

Concurrently on November 20, 2025, the Commission issued the Remedies Order, granting remedial relief to certain pipelines who charged customers rates based on the now-vacated lower index level between March 1, 2022 and September 17, 2024.[6] On December 18, 2025, the Commission issued its Emergency Order denying Antero's request for emergency relief from retroactive invoices issued by a pipeline, in part based on the Commission's findings in its Remedies Order.[7]

Chord is a wholesale marketer of crude oil in the United States. Chord is a customer of multiple pipelines impacted by the index level adjustments and subject to the remedial relief at issue in the underlying FERC proceedings.

---

[4] *Id.* at P 2.

[5] *Supplemental Review of the Oil Pipeline Index Level*, Docket No. RM25-2-000, Withdrawal of Supplemental Notice of Proposed Rulemaking and Termination of Rulemaking Proceeding, 193 FERC ¶ 61,136 at PP 20, 45 (2025).

[6] *Supplemental Review of the Oil Pipeline Index Level*, Docket No. RM25-2-000, Withdrawal of Supplemental Notice of Proposed Rulemaking and Termination of Rulemaking Proceeding, 193 FERC ¶ 61,136 at P 22-23 (2025).

[7] *Antero Resources Corporation*, Docket No. OR25-2-000, Order Denying Petition for Emergency Relief, 193 FERC ¶ 61,214 at P 18 (2025).

## II.

"Intervention in this court is governed by Fed. R. App. P. 15(d) . . . ." *Process Gas Consumers Grp. v. FERC*, 912 F.2d 511, 514 (D.C. Cir. 1990). "Rule 15(d) simply requires the intervenor to file a motion setting forth its interest and the grounds on which intervention is sought . . . ." *Synovus Fin. Corp. v. Bd. of Governors of Fed. Rsrv. Sys.*, 952 F.2d 426, 433 (D.C. Cir. 1991). Chord satisfies these requirements. Chord is a customer of multiple pipelines that claimed the index adjustments at issue in the underlying FERC proceedings and that now seek remedial relief. Chord will be directly affected by the decisions of this Court, and Chord has a direct interest in the outcome of this proceeding that cannot be adequately represented by other parties. Accordingly, it is appropriate that Chord intervene in this proceeding.

## III.

WHEREFORE, Chord respectfully requests that this Court grant this Motion for Leave to Intervene in support of Antero, with rights to participate fully in all aspects of this proceeding.

Respectfully submitted,

*_/s/ Mark R. Haskell_*
Mark R. Haskell
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2654
mark.haskell@blankrome.com

*Counsel for Chord Energy Marketing LLC*

February 19, 2026

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| Antero Resources Corporation,<br><br>Petitioner,<br>v.<br><br>Federal Energy Regulatory Commission,<br><br>Respondent. | ) | No. 26-1022 |

**CORPORATE DISCLOSURE STATEMENT**
**OF CHORD ENERGY MARKETING LLC**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, Chord Energy Marketing LLC submits the following Disclosure Statement:

Chord Energy Marketing LLC, a Delaware limited liability company, is wholly owned by Chord Energy LLC, which in turn is wholly owned by Chord Energy Corporation. Chord Energy Corporation is a publicly traded corporation (NASDAQ: CHRD). Chord Energy Corporation has no parent company. Based on currently known information, no entity owns more than 10% of the common shares of Chord Energy Corporation.

Respectfully submitted,

*<u>/s/ Mark R. Haskell</u>*
Mark R. Haskell
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2654
mark.haskell@blankrome.com

*Counsel for Chord Energy Marketing LLC*

February 19, 2026

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| Antero Resources Corporation,<br><br>Petitioner,<br>v.<br><br>Federal Energy Regulatory Commission,<br><br>Respondent. | ) | No. 26-1022 |

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because, not counting the parts of the document excluded by Federal Rule of Appellate Procedure 32(f), this document contains 647 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Respectfully submitted,

*/s/ Mark R. Haskell*

Mark R. Haskell
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2654
mark.haskell@blankrome.com

*Counsel for Chord Energy Marketing LLC*

February 19, 2026

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| Antero Resources Corporation,<br><br>Petitioner,<br>v.<br><br>Federal Energy Regulatory Commission,<br><br>Respondent. | ) | No. 26-1022 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rules 27(a)(4) and 28(a)(1), Movant-Intervenor Chord Energy Marketing LLC ("Chord") hereby certifies as follows:

**A. Parties and Amici**

**1. *Antero Resources Corp. v. Federal Energy Regulatory Commission*, D.C. Cir. Case No. 26-1022**

Antero Resources Corporation is the Petitioner in this Court.

The Federal Energy Regulatory Commission ("FERC") is the Respondent.

**2. *Revisions to Oil Pipeline Regulations*, FERC Docket No. RM20-14-003**

The intervenors in this underlying FERC proceeding include:

Airlines for America
Canadian Association of Petroleum Producers
Chevron Products Company
Colonial Pipeline Company
Electricity Consumers Resource Council
Energy Infrastructure Council
Kinder Morgan, Inc.

Liquid Energy Pipeline Association
Liquids Shippers Group
(Apache Corporation, Cenovus Energy Marketing Services Ltd., ConocoPhillips Company, Devon Gas Services, L.P., Husky Marketing and Supply Company, Marathon Oil Company, and Ovintiv Marketing Inc.)
National Propane Gas Association
Pipeline Safety Trust
Valero Marketing and Supply Company
World Fuel Services, Inc.

**3. *Supplemental Review of the Oil Pipeline Index Level*, FERC Docket No. RM25-2-000**

The intervenors in this underlying FERC proceeding include:

Airlines for America
American Exploration and Production Council
Appalachian Basin Shippers
(PennEnergy Resources, LLC and Range Resources-Appalachia, LLC)
Bridger Pipeline LLC
Buckeye Partners, L.P.
Canadian Association of Petroleum Producers
Chevron Products Company (a Chevron U.S.A. Inc. division)
Collins Pipeline Company
Colonial Pipeline Company
Delaware Pipeline Company LLC
Energy Infrastructure Council
Energy Transfer LP
Enterprise Products Partners L.P.
Expand Energy Corporation
Expand Energy Marketing LLC
George E. Warren LLC
Kinder Morgan, Inc.
Liquid Energy Pipeline Association
Liquids Shippers Group
(Apache Corporation, Cenovus Energy Marketing Services Ltd., ConocoPhillips Company, Husky Marketing and Supply Company, and Ovintiv Marketing Inc.)
Marathon Pipe Line LLC

Metroplex Energy, Inc.
MOEM Pipeline LLC
Murphy Oil USA, Inc.
National Propane Gas Association
Pilot Travel Centers LLC
Plains All American Pipeline, L.P.
River City Petroleum
Shell Trading (US) Company
South Bow (USA) LP
Southwest Airlines Co.
Tallgrass Energy Partners, LP
The Williams Companies, Inc.
Valero Marketing and Supply Company
World Fuel Services, Inc.

**4. *Antero Resources Corporation*, FERC Docket No. OR25-2-000**

Antero Resources Corporation was the petitioner in this underlying FERC proceeding.

The intervenors in this underlying FERC proceeding include:

Airlines for America
Canadian Association of Petroleum Producers
Chevron Products Company
EAP Ohio LLC
Energy Transfer LP
Enterprise TE Products Pipeline Company LLC
Kinder Morgan, Inc.
Liquid Energy Pipeline Association
Liquids Shippers Group
(Apache Corporation, Cenovus Energy Marketing Services Ltd., ConocoPhillips Company, Husky Marketing and Supply Company, and Ovintiv Marketing Inc.)
National Propane Gas Association
PennEnergy Resources, LLC
Phillips 66 Company
Plains All American Pipeline, L.P.
Range Resources-Appalachia, LLC

Shell Trading (US) Company
Valero Marketing and Supply Company
World Fuel Services, Inc.

**B. Rulings Under Review**

Petitioner seeks review of the following orders of the FERC:

1. *Revisions to Oil Pipeline Regulations*, Docket No. RM20-14-003, Order Denying Rehearing, Denying Petition and Granting Remedies, 193 FERC ¶ 61,137 (2025) ("Remedies Order");

2. *Supplemental Review of the Oil Pipeline Index Level*, Docket No. RM25-2-000, Withdrawal of Supplemental Notice of Proposed Rulemaking and Termination of Rulemaking Proceeding, 193 FERC ¶ 61,136 (2025) ("Withdrawal Order"); and

3. *Antero Resources Corporation*, Docket No. OR25-2-000, Order Denying Petition for Emergency Relief, 193 FERC ¶ 61,214 (2025) ("Emergency Order").

**C. Related Cases**

Chord is aware of the following related cases before this Court as defined in D.C. Circuit Rule 28(a)(1)(C), which have been consolidated:

Case No. 24-1359 (Lead)
Case No. 26-1013 (Member)
Case No. 26-1014 (Member)
Case No. 26-1015 (Member)
Case No. 26-1016 (Member)
Case No. 26-1017 (Member)
Case No. 26-1018 (Member)
Case No. 26-1019 (Member)
Case No. 26-1020 (Member)

Respectfully submitted,

*/s/ Mark R. Haskell*
Mark R. Haskell
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2654
mark.haskell@blankrome.com

*Counsel for Chord Energy Marketing LLC*

February 19, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February 2026, I electronically filed the foregoing Motion for Leave to Intervene of Chord Energy Marketing LLC with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that I have mailed the foregoing document by first-class mail, postage prepaid, to any participants in the case who are not CM/ECF users.

Respectfully submitted,

*<u>/s/ Mark R. Haskell</u>*

Mark R. Haskell
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2654
mark.haskell@blankrome.com

*Counsel for Chord Energy Marketing LLC*

February 19, 2026